IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| BELLWETHER MUSIC FESTIVAL, LLC, et al., | : | Case No. 1:20-cv-00463 |
| | : | |
| | : | Judge Matthew W. McFarland |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| AMY ACTON, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER TRANSFERRING CASE

Pursuant to 28 U.S.C. § 1404(a), the Court finds that, for the convenience of the parties and witnesses and in the interest of justice, this case is hereby transferred from the docket of the undersigned to the Office of the Clerk for reassignment to the Eastern Division of the Southern District of Ohio at Columbus.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ___/s/ Matthew W. McFarland___
JUDGE MATTHEW W. McFARLAND